1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  John T. Drake
4  Molly M.S. Smith
   Assistant United States Attorneys
5  Post Office Box 1494
6  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
7

8
                    UNITED STATES DISTRICT COURT
9        FOR THE EASTERN DISTRICT OF WASHINGTON
10

11  Hanford Security Police Officers          No. 4:21-CV-05148-TOR
    DAVID G. DONOVAN and
12  CHRISTOPHER J. HALL, United
    States Department of Energy employee      MOTION TO EXPEDITE
13  STEPHEN C. PERSONS, Safety Bases
    Compliance Officer THOMAS R.
14  ARDAMICA, et al.,                         12/10/21
                                              Without Oral Argument
15                          Plaintiff,
16              v.

17  BRIAN VANCE as Manager of the
18  UNITED STATES DEPARTMENT
    OF ENERGY Hanford Site, VALERIE
19  MCCAIN, as Vit Plant Project
    Director, BECHTEL, SCOTT SAX as
20  President and Project Manager of
    CENTRAL PLATEAU CLEANUP
21  COMPANY, ROBERT WILKINSON
    as President and Program Manager of
22  HANFORD MISSION INTEGRATED
23  SOLUTIONS, LLC., DON HARDY as
    Manager of HANFORD
24  LABORATORIES MANAGEMENT
    AND INTEGRATION 222-S
25  LABORATORY MANAGER, HIRAM
26  SETH WHITMER as President and
    Program Manager, HPM
27  CORPORATION, STEVEN ASHBY
    as Laboratory Director, PACIFIC
28

MOTION TO EXPEDITE - 1

1
2
3
4

NORTHWEST NATIONAL LABORATORY, JOHN ESCHENBERG as President and Chief Executive Officer of WASHINGTON RIVER PROTECTION SOLUTIONS, JOSEPH R. BIDEN, President of the United States of America,

5

                    Defendants.

6
7

      Defendants Joseph R. Biden, President of the United States, and Brian Vance,

8
as Manager of the United States Department of Energy Hanford Site ("Federal

9
10
Defendants"), by and through the United States Attorney for the Eastern District of

11
Washington, Vanessa R. Waldref, and the undersigned Assistant U.S. Attorneys,

12
John T. Drake and Molly M.S. Smith, move for expedited consideration of their

13
14
Unopposed Motion for Leave to File Excess Pages (ECF No. 36).  An expedited

15
ruling on the motion is needed because the brief for which Federal Defendants are

16
seeking leave to exceed the page limit is due this Friday, December 10, 2021.

17
      DATED this 8th day of December, 2021.

18
19
                              Vanessa R. Waldref

20
                              United States Attorney

21
                              *s/ John T. Drake*

22
                              John T. Drake

23
                              Molly M.S. Smith

24
                              Assistant United States Attorneys
                              *Attorneys for Federal Defendants*

25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2021, I caused to be delivered via the method listed below the document to which this Certificate of Service is attached (plus any exhibits and/or attachments) to the following:

| NAME & ADDRESS | Method of Delivery |
|---|---|
| Nathan J. Arnold<br>Arnold & Jacobowitz PLLC<br>2701 First Avenue, Suite 200<br>Seattle, WA 98121<br>nathan@CAJlawyers.com | ☒CM/ECF System<br>☐Electronic Mail<br>☐U.S. Mail<br>☐Other: _____ |
| Simon Peter Serrano<br>Silent Majority Foundation<br>5426 N. Rd. 68, Ste. D, Box 105<br>Pasco, WA 99301<br>pete@silentmajorityfoundation.org | ☒CM/ECF System<br>☐Electronic Mail<br>☐U.S. Mail<br>☐Other: _____ |
| Mark N. Bartlett<br>Arthur A. Simpson<br>Sarah Cox<br>Davis Wright Tremaine LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>markbartlett@dwt.com<br>arthursimpson@dwt.com<br>sarahcox@dwt.com | ☒CM/ECF System<br>☐Electronic Mail<br>☐U.S. Mail<br>☐Other: _____ |
| Kevin C. Baumgardner<br>Jeff Bone<br>Corr Cronin LLP<br>1001 Fourth Ave., Suite 3900<br>Seattle, WA 98154<br>kbaumgardner@corrcronin.com<br>jbone@corrcronin.com | ☒CM/ECF System<br>☐Electronic Mail<br>☐U.S. Mail<br>☐Other: _____ |

*s/John T. Drake*
John T. Drake

MOTION TO EXPEDITE - 3