# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Hanford Security Police Officers DAVID G. DONOVAN and CHRISTOPHER J. HALL, United States Department of Energy employee STEPHEN C. PERSONS, Safety Bases Compliance Officer THOMAS R. ARDAMICA, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　vs.<br><br>BRIAN VANCE as Manager of the UNITED STATES DEPARTMENT OF ENERGY Hanford Site, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.  4:21-CV-5148-TOR<br><br>CIVIL MINUTES<br><br>DATE:  12/17/2021<br><br>LOCATION:  Telephonic<br><br>MOTION HEARING |

| JUDGE THOMAS O. RICE ||||
|---|---|---|---|
| Linda Hansen | LC 02 | | Crystal Hicks |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| **Nathan Arnold** and **Simon P Serrano** ||**Molly Smith** and **John T Drake** *for Federal Defendants*<br><br>**Kevin C Baumgardner** and **Thomas J Bone** *for Defendant McCain*<br><br>**Mark N Bartlett**, **Sarah Cox** and **Arthur Simpson** *for all other Federal Contractor Defendants* ||
| **Plaintiffs' Counsel** |||**Defendants' Counsel** |

  [ X ] Open Court　　　　　　　　　　[  ] Chambers　　　　　　　　　　[ X ] Telephonic

All parties present by telephone.

The Court has reviewed the record and submissions of the parties.

<u>Motion before the Court</u>: Plaintiffs' Motion for Declaratory Relief, Temporary Restraining Order and Preliminary Injunction [ECF No. 11]

　　The Court questioned Pete Serrano.  Mr. Serrano presented argument on behalf of the plaintiffs.
　　The Court and Mr. Serrano discussed whether causes of action exist against certain named parties.

Molly Smith argued on behalf of the federal defendants.
Mark Bartlett presented argument on behalf of the federal contractor defendants.
Kevin Baumgardner addressed the Court.

<u>The Court Provided Preliminary Oral Rulings</u>:   Plaintiffs' Motion for Declaratory Relief, Temporary Restraining Order and Preliminary Injunction is DENIED.  The Court will entertain motions to dismiss by the seven named employees. A detailed written order will be entered.

| CONVENED: 9:00 AM | ADJOURNED: 9:45 AM | TIME: 45 MINS | [ X ] ORDER FORTHCOMING |
|---|---|---|---|