Vanessa R. Waldref
United States Attorney
Eastern District of Washington
John T. Drake
Molly M.S. Smith
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID G. DONOVAN, CHRISTOPHER J. HALL, STEPHEN C. PERSONS, THOMAS R. ARDAMICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States of America, JENNIFER GRANHOLM, in her official capacity as Secretary of the UNITED STATES DEPARTMENT OF ENERGY, BRIAN VANCE in his official capacity as Manager of the UNITED STATES DEPARTMENT OF ENERGY Hanford Site, VALERIE MCCAIN, in her official capacity as Vit Plant Project Director, BECHTEL, SCOTT SAX in his official capacity as President and Project Manager of CENTRAL PLATEAU CLEANUP COMPANY, ROBERT WILKINSON in his official capacity as President and Program Manager of HANFORD MISSION INTEGRATED SOLUTIONS, LLC., DON HARDY in his official capacity as Manager of HANFORD LABORATORIES MANAGEMENT | No. 4:21-cv-05148-TOR<br><br>**MOTION TO EXPEDITE**<br><br>02/08/22<br>Without Oral Argument |

MOTION TO EXPEDITE - 1

AND INTEGRATION 222-S LABORATORY MANAGER, HIRAM SETH WHITMER in his official capacity as President and Program Manager, HPM CORPORATION, STEVEN ASHBY in his official capacity as Laboratory Director, PACIFIC NORTHWEST NATIONAL LABORATORY, JOHN ESCHENBERG in his official capacity as President and Chief Executive Officer of WASHINGTON RIVER PROTECTION SOLUTIONS.

Defendants.

Defendants Joseph R. Biden, President of the United States, Jennifer Granholm, Secretary of the United States Department of Energy, and Brian Vance, as Manager of the United States Department of Energy Hanford Site ("Federal Defendants"), by and through the United States Attorney for the Eastern District of Washington, Vanessa R. Waldref, and the undersigned Assistant U.S. Attorneys, John T. Drake and Molly M.S. Smith, move for expedited consideration of their Unopposed Motion for Leave to File Excess Pages (ECF No. 66). An expedited ruling on the motion is needed because the motion for which Federal Defendants are seeking leave to exceed the page limit is due this Tuesday, February 1, 2022.

//

//

//

//

MOTION TO EXPEDITE - 2

1 | DATED this 1st day of February, 2022.

Vanessa R. Waldref
United States Attorney

*s/ Molly M.S. Smith*
John T. Drake
Molly M.S. Smith
Assistant United States Attorneys
Attorneys for Federal Defendants

MOTION TO EXPEDITE - 3

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2022, I caused to be delivered via the method listed below the document to which this Certificate of Service is attached (plus any exhibits and/or attachments) to the following:

| NAME & ADDRESS | Method of Delivery |
|---|---|
| Nathan J. Arnold, WSBA No. 45356<br>Arnold & Jacobowitz PLLC<br>2701 First Avenue, Suite 200<br>Seattle, WA 98121<br>nathan@CAJlawyers.com | ☒CM/ECF System<br>☐Electronic Mail<br>☐U.S. Mail<br>☐Other: _____ |
| Simon Peter Serrano, WSBA No. 54769<br>Silent Majority Foundation<br>5426 N. Rd. 68, Ste. D, Box 105<br>Pasco, WA 99301<br>pete@silentmajorityfoundation.org | ☒CM/ECF System<br>☐Electronic Mail<br>☐U.S. Mail<br>☐Other: _____ |
| Mark N. Bartlett, WSBA No. 15672<br>Arthur A. Simpson, WSBA No. 44479<br>Davis Wright Tremaine LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>markbartlett@dwt.com<br>arthursimpson@dwt.com | ☒CM/ECF System<br>☐Electronic Mail<br>☐U.S. Mail<br>☐Other: _____ |
| Kevin C. Baumgardner<br>Thomas J. Bone<br>Corr Cronin, LLP<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154<br>kbaumgardner@corrcronin.com<br>jbone@corrcronin.com | ☒CM/ECF System<br>☐Electronic Mail<br>☐U.S. Mail<br>☐Other: _____ |

*s/Molly M.S. Smith*
Molly M.S. Smith, AUSA