AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

| | | |
|---|---|---|
| DAVID G. DONOVAN, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   4:21-CV-5148-TOR |
| | ) | |
| JOSEPH R. BIDEN, et al., | ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Defendants' Motion to Dismiss Second Amended Complaint (ECF No. 79) is GRANTED.  All claims asserted against
Defendants Biden, Granholm, and Vance are DISMISSED with prejudice.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   THOMAS O. RICE _____

on Defendants' Motion to Dismiss Second Amended Complaint (ECF No. 79)

Date:  May 12, 2022 _____

CLERK OF COURT

SEAN F. McAVOY _____

*s/ B. Fortenberry* _____
*(By) Deputy Clerk*

B. Fortenberry _____