FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF | EASTERN WASHINGTON

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 4:21−cv−05148−TOR

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 11/16/2021

Date of judgment or order you are appealing: | 05/12/2022

Docket entry number of judgment or order you are appealing: | 86

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

See attached

Is this a cross-appeal?  ○ Yes    ⦿ No

If yes, what is the first appeal case number? | 2701 1st Avenue, Suite 200, Seattle,

Was there a previous appeal in this case?  ○ Yes    ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:            State:            Zip Code:

Prisoner Inmate or A Number (if applicable):

Signature | /s/ Nathan J. Arnold            Date | 45356

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 1                                                                                      Rev. 06/09/2022

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

See attached

Name(s) of counsel (if any):

Nathan J. Arnold of Arnold & Jacobowitz PLLC
Simon Peter Serrano of Silent Majority Foundation

Address: 2701 1st Avenue, Suite 200, Seattle, WA 98121

Telephone number(s): 206-799-4221

Email(s): nathan@cajlawyers.com, pete@silentmajorityfoundation.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

See attached

Name(s) of counsel (if any):

John T Drake and Molly Smith of U S Attorney's Office − SPO
Kevin C Baumgardner and Thomas J Bone of Corr Cronin LLP
Mark Nelson Bartlett and Arthur A Simpsoof Davis Wright Tremaine LLP − SEA
Sarah Cox of Seattle University

Address: 920 W Riverside, Suite 300, P O Box 1494, Spokane, WA 99210−1494

Telephone number(s): 509−353−2767

Email(s): jbone@corrcronin.com; kbaumgardner@corrcronin.com; markbartlett@dwt.com; arthursimpson@dwt.com; scox1@seattleu.edu

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                      1                                      New 12/01/2018

**Appellants**

1. David G Donovan, Hanford Security Police Officer
2. Cody Almquist
3. Kora Bales
4. Douglas Anderson
5. Jess Bean
6. Jeff Ahlers
7. Cyrus Anderson
8. Daniel Beam
9. Tain Ballantyne
10. Christopher J Hall, Hanford Security Police Officer
11. Jared Betker
12. Daynna Coffey Ardamica
13. Thomas R Ardamica, Safety Bases Compliance Officer
14. Kevin Arena
15. Stephen C Persons, United States Department of Energy employee
16. Miguel Arredondo
17. Don Baker
18. William Bingham
19. Luis Blanco
20. Erik Bombard
21. James Booth
22. Stephanie Boschert
23. Bryan Brophy
24. Luke Bultena
25. I C
26. George Case
27. Rene Catlow
28. Benjamin Chavez
29. Nick Chacon
30. Mary Catherine Christianson
31. Justin Clancy
32. Todd Jacob Clark
33. Margaret Clark
34. Becky Colborn
35. David Cole
36. Mary Cole
37. Dodd Coutts
38. James Cuevas
39. DawnLeigh Curtis
40. Kelly Custer
41. D N
42. Jeffrey Daniels

43. Jamie Davies
44. Scott Dawson
45. Briana DeLine
46. Darryn DeLine
47. Drew Diedrich
48. John Doell
49. Jake Domit
50. Steve Donaldson
51. Kathryn Draper
52. Mike Eddy
53. Alexandria Edwards
54. Mary Ruth Edwards
55. Luke Ellis
56. Jesse Elvik
57. Zachery Eslick
58. Eric Espinoza
59. Cheryl Evosevich
60. Adam Faries
61. Marcus Faries
62. Robyn Faris
63. Thomas Farris
64. Jennifer Fish
65. Randy Fox
66. Michael Frazier
67. Sharon Freeland
68. Dorothy Frenzel
69. Paul Frenzel
70. Daniel Gabbard
71. Jennifer Gardner (Jennifer Gardiner)
72. James Gagnon
73. Efren Garcia
74. Eric Garcia
75. Jaime Garcia
76. John Garfield
77. Matthew Garlick
78. Chris George
79. Ben Giese
80. Don Giese
81. Brandon Gimlin
82. Crystal Girardot
83. Levi Glatt
84. Heather Goldie
85. Michael Gomez

86. Enrique Gonzales
87. Christopher Goodsel
88. Michelle Gradin
89. Delmer Graham
90. Matthew Gray
91. Jerry Gridley
92. Jose Gutierrez
93. Joseph Hade
94. Levi Hamby
95. Eric Hanson (Eric Hansen)
96. Cameron Hardy
97. Douglas Hart
98. Marguerite Hart
99. Nicole Hart
100. Tim Hart
101. Victor Hart
102. Chamise Hartman
103. Pamela Hartsock
104. Joshua Hatch
105. Ron Havens
106. Kory Hebdon
107. Larry Herbert
108. Katie Henderson
109. Joshua Hedrick (Joshua Herrick)
110. Lee Holmes
111. Joy Houchin
112. Marvin Huck
113. Adam Huckleberry
114. Robin Hudson
115. James Ireland
116. Daniel Irish
117. J I
118. Eric Ison
119. Rodger Iverson
120. Miguel Iztas
121. Bryce Jackson
122. Joel Jackson
123. Raymond Jeffers
124. Gardiner Jeffrey
125. Johnathan Johns
126. Kami Johns
127. Timothy Johns
128. Bonnie Johnson

129. Christopher Johnson
130. James Jones
131. Faith Kaanapu
132. Mark Kamberg
133. Frank Kearny
134. Brian Keelean
135. Keith Keller
136. Mahlon Kerwick
137. Ronald Knight
138. Mark Knight
139. Karl Kohne
140. Kerry Kost
141. Patrick Krzan
142. Dustin Lamm
143. Ryan Lansing
144. Gil Leal
145. Sharon Leinen
146. Brianna Leitz
147. Justin Lettau
148. Carl Lindstrom
149. Bradley Loosveldt
150. Corey Low
151. Oscar Lucatero
152. Phillip Love
153. Gale Lyon
154. Ismael Magallanes
155. Matthew Malin
156. Jairo Martin
157. David Martinez
158. Byron Massie
159. James Matte
160. Trent Maxwell
161. Sam McCarley
162. Joe Meier
163. Norma Mendoza
164. Cory Meyer
165. Kyle Meyer
166. Kevin Milford
167. Darren Miller
168. Benjamin Minter
169. Jeremy Miranda
170. Derik Moe
171. Trent Mooney

172. Ryan Moore
173. Joelle Moss
174. Ryleigh Morrison
175. Daniel Morrow
176. Allen Morris
177. Jennifer Mullen−Morris
178. Patrick Murphy
179. Paul Naef
180. Celeste Nelson
181. Johnny Neer
182. Tobin Neyens
183. Marco Nicacio
184. Matt Nichol
185. Jeffery Nielson
186. Ivan Nunez
187. Juan Nunez
188. Kelly O'Brien
189. Angel Ojeda
190. Luis Ojeda
191. William Olson
192. Mark Oslin
193. William Owen
194. Patrick Paeschke
195. Stuart Palmer
196. Nicholas Parker
197. Jeffery David Parrish
198. Kevin Patterson
199. Brandon Patton
200. Zachary Pike
201. Brian Pisca
202. Jesse Potter
203. Kelly Poynor
204. Bryan Raeder
205. Agapito Ramos
206. Kevin Reberger
207. Howard Reed
208. Matthew Reed
209. Robert Reynolds
210. Ryan Richardson
211. Ryder Richardson
212. Greg Richter
213. Ryan Rickenbach
214. Ramon Riojas

215. Martin Rios Magana
216. Michael Riplinger
217. Ernesto Rivas
218. June Robinson
219. Staci Rockey
220. Gregory Rodenburg
221. Manuel Rodriguez
222. Jaime Rodriguez
223. Lori Rogers
224. Ryan Rosenthal
225. Leisha Rowe
226. Mischelle Russell
227. Jamison Saddler
228. Kyle Saltz
229. William Samson
230. Oscar Sanchez
231. Matthew Sanders
232. Joel Savage
233. Rick Schieffer
234. Jacob Schmid
235. Jessica Schuette
236. John Schuette
237. Devin Shelby
238. Jeff Short
239. Steve Short
240. Thomas Sichler
241. Gidget Silvers
242. Stephen Simmons
243. Andrea Sims
244. Daniel Sims
245. Edward Sinclair
246. John Sisemore
247. Cathy Slape
248. Gabe Slape
249. Derek Small
250. Gregory Smith
251. Shad Smith
252. Stephen Smith
253. William Smoot
254. Todd Sommerville
255. Krisheena Stajduhar
256. Damon Stanley
257. Kirsten Stanley

258. David Storaci
259. Joseph Stowman
260. William Sullivan
261. Carl Sutherland
262. April Swofford
263. Roger W Szelmeczka
264. Linda Thomas
265. James Thorne
266. Andrew Tucker
267. Daniel Turlington
268. Amanda Tyler
269. Aric Tyler
270. Eva Upchurch
271. Brandt Urwin
272. Jeff VanDerPol
273. Angela Villareal
274. Aaron Webber
275. Ryan Weideman
276. Shawn D Welker
277. Hans Wellenbrock
278. Trent Wellner
279. Tobin Wells
280. Kristina Whalen
281. Daniel Wharton
282. Nathaniel Wick
283. Wendy Wilde
284. Keaton Williams
285. Logan Williams
286. Brian Williamson
287. Nathaniel Wilson
288. Robert Wood
289. Paul Wulff
290. Tim York
291. Robert Zane
292. DN
293. William Weisberg
294. Terri Adams
295. Jaryd Joseph Anderson
296. Leslie Blank
297. Shanna Brittain
298. Nathaniel Brook
299. Jeff Brooks
300. Jacob Clark

301. James T Clark
302. Lane Dahl
303. Mary Day
304. James Dewey
305. Gregg Dillingham
306. Todd Dirks
307. Eric Dysland
308. John Flanagan
309. Alejandro Fragozo
310. Erika Jordan
311. Thomas Krasner
312. Douglas Patnode
313. Adriana Elizabeth Prescott
314. Christopher Yaroch
315. Alicia Urwin TERMINATED: 01/18/2022
316. Shari Weisberg TERMINATED: 01/18/2022
317. Kenneth Jarman TERMINATED: 01/18/2022

**Appellees**

1. Brian Vance in his official capacity as Manager of the United States Department of Energy Hanford Site
2. Valerie McCain in her official capacity as Vit Plant Project Director, BECHTEL TERMINATED: 03/04/2022
3. Scott Sax in his official capacity as President and Project Manager of Central Plateau Cleanup Company TERMINATED: 03/04/2022
4. Robert Wilkinson in his official capacity as President and Program Manager of Hanford Mission Integrated Solutions LLC TERMINATED: 03/04/2022
5. Don Hardy in his official capacity as Manager of Hanford Laboratories Management and Integration 222−S Laboratory Manager TERMINATED: 03/04/2022
6. Hiram Seth Whitmer in his official capacity as President and Program Manager, HPM Corporation TERMINATED: 03/04/2022
7. Steven Ashby in his official capacity as Laboratory Director, Pacific Northwest National Laboratory TERMINATED: 03/04/2022
8. John Eschenberg in his official capacity as President and Chief Executive Officer of Washington River Protection Solutions TERMINATED: 03/04/2022
9. Joseph R Biden in his official capacity as President of the United States of America
10. Jennifer Granholm in her official capacity as Secretary of the United States Department of Energy